# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ripple, Kenneth F. | Court of Appeals - 7th Circuit | 05/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
204 South Main St., Room 208
South Bend, IN 46601-2122

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Section VIII, Part I | |
| 2. See Section VIII, Part I | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | See Section VIII, Part II |
| 2. 2013 | See Section VIII, Part II |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Part-time teaching - University of Notre Dame | $25,872.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See Section VIII, Part IV | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. See Section VIII, Part V | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. 1st Source Bank | Mortgage on Rental Property #1, Grand Rapids, MI (Part VII Line 168) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank, So. Bend, IN IRA - CD | A | Interest | J | T | | | | | |
| 2. Key Bank, So. Bend, IN IRA - CD | A | Interest | K | T | | | | | |
| 3. Dreyfus Fund - IRA (Dreyfus Liquid Assets, Inc.) | | None | K | T | | | | | |
| 4. Notre Dame FCU - Notre Dame, IN savings & checking account | A | Interest | L | T | | | | | |
| 5. U.S. Savings Bonds | | None | J | T | | | | | |
| 6. UND TIAA/CREF Retirement Fund | D | Int./Div. | O | T | | | | | |
| 7. Prudential Insurance Policy #1 | A | Dividend | K | T | | | | | |
| 8. Prudential Insurance Policy #2 | A | Dividend | J | T | | | | | |
| 9. Conseco Whole Life Insurance Policy #1 | | None | J | T | | | | | |
| 10. Conseco Whole Life Insurance Policy #2 | | None | J | T | | | | | |
| 11. Metlife Whole Life Insurance Policy | | None | J | T | | | | | |
| 12. Trust #5 | E | Int./Div. | N | T | | | | | |
| 13. - Fidelity Contra Fund #022 | | | | | | | | | |
| 14. - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 15. - Units in Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 16. - Morgan Stanley Instl Intl Eq-I | | | | | | | | | |
| 17. - New World Fd - F2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Federated Tax Free Obligations SS Fund | | | | | | | | | |
| 19. - Fidelity Low Priced Stock Fund #316 | | | | | | | | | |
| 20. - Templeton Global Bond Fd-Ad | | | | | | | | | |
| 21. - American Century Inv-Equity Income Fund #38 | | | | | | | | | |
| 22. - Robeco BP A/Cap Value-Is | | | | | | | | | |
| 23. - Vanguard Short-Term T/E Fund - Inv (Vanguard Muni Bond ST Port Fund) | | | | | | | | | |
| 24. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 01/17/13 | J | | |
| 25. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 01/02/13 | J | | |
| 26. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 01/31/13 | J | | |
| 27. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 01/31/13 | J | | |
| 28. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 02/11/13 | J | | |
| 29. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 02/20/13 | J | | |
| 30. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 02/04/13 | J | | |
| 31. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 02/28/13 | J | | |
| 32. - Fidelity Contra Fund #022 | | | | | Sold (part) | 02/11/13 | J | | |
| 33. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 02/28/13 | J | | |
| 34. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 03/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 03/19/13 | J | | |
| 36. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 03/04/13 | J | | |
| 37. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 03/31/13 | J | | |
| 38. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 03/31/13 | J | | |
| 39. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 04/18/13 | J | | |
| 40. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 04/03/13 | J | | |
| 41. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 04/30/13 | J | | |
| 42. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 04/30/13 | J | | |
| 43. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 05/17/13 | J | | |
| 44. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 05/01/13 | J | | |
| 45. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 05/31/13 | J | | |
| 46. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 05/31/13 | J | | |
| 47. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 06/12/13 | J | | |
| 48. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 06/19/13 | J | | |
| 49. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 06/04/13 | J | | |
| 50. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 06/30/13 | J | | |
| 51. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 06/30/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 07/31/13 | J | | |
| 53. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 07/15/13 | J | | |
| 54. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 07/17/13 | J | | |
| 55. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 07/18/13 | J | | |
| 56. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 07/31/13 | J | | |
| 57. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 08/31/13 | K | | |
| 58. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 08/01/13 | J | | |
| 59. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 08/19/13 | J | | |
| 60. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 08/30/13 | J | | |
| 61. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 08/31/13 | J | | |
| 62. - Templeton Global Bond Fd-Ad | | | | | Sold (part) | 08/08/13 | J | | |
| 63. - Vanguard Short-Term T/E Fund - Inv | | | | | Sold (part) | 08/09/13 | J | | |
| 64. - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Sold (part) | 08/28/13 | K | | |
| 65. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 09/30/13 | K | | |
| 66. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 09/03/13 | K | | |
| 67. - Fidelity Low Priced Stock Fund #316 | | | | | Buy (add'l) | 09/09/13 | J | | |
| 68. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 09/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 09/18/13 | J | | |
| 70. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 09/30/13 | K | | |
| 71. - Vanguard Short-Term T/E Fund - Inv | | | | | Sold (part) | 09/05/13 | K | | |
| 72. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 10/31/13 | J | | |
| 73. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 10/17/13 | J | | |
| 74. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 10/31/13 | J | | |
| 75. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 11/30/13 | J | | |
| 76. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 11/19/13 | J | | |
| 77. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 11/30/13 | J | | |
| 78. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 12/31/13 | J | | |
| 79. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 12/09/13 | J | | |
| 80. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 12/16/13 | K | | |
| 81. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 12/16/13 | J | | |
| 82. - Fidelity Low Priced Stock Fund #316 | | | | | Buy (add'l) | 12/16/13 | J | | |
| 83. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 12/17/13 | J | | |
| 84. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 12/18/13 | J | | |
| 85. - Robeco BP A/Cap Value-Is | | | | | Buy (add'l) | 12/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - New World Fd - F2 | | | | | Buy (add'l) | 12/27/13 | J | | |
| 87.  - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 12/31/13 | J | | |
| 88.  - American Century Inv-Equity Income Fund #38 | | | | | Sold | 12/16/13 | K | | |
| 89.  Trust #6 | E | Int./Div. | N | T | | | | | |
| 90.  - Fidelity Contra Fund #022 | | | | | | | | | |
| 91.  - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 92.  - Units in Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 93.  - Morgan Stanley Instl Intl Eq-I | | | | | | | | | |
| 94.  - New World Fd - F2 | | | | | | | | | |
| 95.  - Federated Tax Free Obligations SS Fund | | | | | | | | | |
| 96.  - Fidelity Low Priced Stock Fund #316 | | | | | | | | | |
| 97.  - Templeton Global Bond Fd-Ad | | | | | | | | | |
| 98.  - American Century Inv-Equity Income Fund #38 | | | | | | | | | |
| 99.  - Robeco BP A/Cap Value-Is | | | | | | | | | |
| 100. - Vanguard Short-Term T/E Fund - Inv (Vanguard Muni Bond ST Port Fund) | | | | | | | | | |
| 101. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 01/17/13 | J | | |
| 102. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 01/31/13 | J | | |
| 104. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 01/31/13 | J | | |
| 105. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 02/11/13 | J | | |
| 106. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 02/20/13 | J | | |
| 107. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 02/04/13 | J | | |
| 108. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 02/28/13 | J | | |
| 109. - Fidelity Contra Fund #022 | | | | | Sold (part) | 02/11/13 | J | | |
| 110. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 02/28/13 | J | | |
| 111. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 03/13/13 | J | | |
| 112. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 03/19/13 | J | | |
| 113. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 03/04/13 | J | | |
| 114. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 03/31/13 | J | | |
| 115. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 03/31/13 | J | | |
| 116. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 04/18/13 | J | | |
| 117. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 04/03/13 | J | | |
| 118. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 04/30/13 | J | | |
| 119. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 04/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 05/17/13 | J | | |
| 121. - Vanguard Municipal Bond Short-Term Portfolio Fund | | | | | Buy (add'l) | 05/01/13 | J | | |
| 122. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 05/31/13 | J | | |
| 123. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 05/31/13 | J | | |
| 124. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 06/12/13 | J | | |
| 125. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 06/19/13 | J | | |
| 126. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 06/04/13 | J | | |
| 127. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 06/30/13 | J | | |
| 128. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 06/30/13 | J | | |
| 129. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 07/31/13 | J | | |
| 130. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 07/15/13 | J | | |
| 131. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 07/17/13 | J | | |
| 132. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 07/18/13 | J | | |
| 133. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 07/31/13 | J | | |
| 134. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 08/31/13 | K | | |
| 135. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 08/01/13 | J | | |
| 136. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 08/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 08/30/13 | K | | |
| 138. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 08/31/13 | K | | |
| 139. - Templeton Global Bond Fd-Ad | | | | | Sold (part) | 08/08/13 | J | | |
| 140. - Vanguard Short-Term T/E Fund - Inv | | | | | Sold (part) | 08/09/13 | J | | |
| 141. - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | Sold (part) | 08/28/13 | J | | |
| 142. - Units in Tax Exempt Fund of 1st Source Bank | | | | | Sold (part) | 08/28/13 | J | | |
| 143. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 09/30/13 | K | | |
| 144. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 09/03/13 | K | | |
| 145. - Fidelity Low Priced Stock Fund #316 | | | | | Buy (add'l) | 09/09/13 | J | | |
| 146. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 09/11/13 | J | | |
| 147. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 09/18/13 | J | | |
| 148. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 09/30/13 | K | | |
| 149. - Vanguard Short-Term T/E Fund - Inv | | | | | Sold (part) | 09/05/13 | K | | |
| 150. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 10/31/13 | J | | |
| 151. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 10/17/13 | J | | |
| 152. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 10/31/13 | J | | |
| 153. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 11/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 11/19/13 | J | | |
| 155. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 11/30/13 | J | | |
| 156. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 12/31/13 | J | | |
| 157. - American Century Inv-Equity Income Fund #38 | | | | | Buy (add'l) | 12/09/13 | J | | |
| 158. - Vanguard Short-Term T/E Fund - Inv | | | | | Buy (add'l) | 12/16/13 | K | | |
| 159. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 12/16/13 | J | | |
| 160. - Fidelity Low Priced Stock Fund #316 | | | | | Buy (add'l) | 12/16/13 | J | | |
| 161. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 12/17/13 | J | | |
| 162. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 12/18/13 | J | | |
| 163. - Robeco BP A/Cap Value-Is | | | | | Buy (add'l) | 12/20/13 | J | | |
| 164. - New World Fd - F2 | | | | | Buy (add'l) | 12/27/13 | J | | |
| 165. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 12/31/13 | J | | |
| 166. - American Century Inv-Equity Income Fund #38 | | | | | Sold | 12/16/13 | K | | |
| 167. 1st Source Bank - Checking | A | Interest | J | T | | | | | |
| 168. Rental Property #1, Grand Rapids, MI (2013 $187,000) | C | Rent | M | R | Buy | 09/06/13 | M | | Clark Place Residential Co |
| 169. Judicial Judgment Back Pay | | | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Item No. 1. Part-time Professor of Law, University of Notre Dame (joined faculty in 1977; part-time since appointment to the Judiciary).

As a faculty member, Judge Ripple is entitled to purchase tickets at a discount for athletic events. He receives, on the same basis as other faculty members, a discount on some items at the University bookstore. He also may use other University facilities such as the library and athletic facilities. Notre Dame provides Judge Ripple with Westlaw and Lexis services for his academic needs. Judge Ripple had the approval of the Chief Circuit Judge for his teaching activities.

Item No. 2. During the reporting period, Judge Ripple was a member of the visiting committee of the Divinity School of the University of Chicago. Members of the Visiting Committee simply give advice to the administration and faculty of the University. They have no authority in matters of university governance.

II. Agreement

Item No. 1. TIAA/CREF Pension Fund - Prior to his appointment, Judge Ripple was a full-time employee of the University of Notre Dame. During those years (1977-1985), both he and the University contributed on his behalf to this nation-wide pension fund for University professors. The fund is administered by a board of trustees. Although Judge Ripple continues to teach at the University, neither he nor the University contributes to the fund as a part of this arrangement.

Item No. 2. Part-time professor, University of Notre Dame - Details are set forth above in Section VIII, I.

IV. Reimbursements

As reported last year, Judge Ripple took part in a continuing legal education program of the Indianapolis Bar Association on October 15, 2012. He was reimbursed for lodging, meals and mileage. Reimbursement ($485.99), although mailed during 2012, was received from the Indianapolis Bar Association on January 2, 2013, the first business day of 2013.

V. Gifts

Honorary bar association memberships listed in previous years are not listed here because the value of each is less than the reportable amount.

West Publishing Company supplies Judge Ripple with a sample set of the Federal Reporter and miscellaneous legal material for use in his chambers. The Company makes these books available to all federal judges. The estimated value of these materials is $1,843.57. This material is used for the performance of official duties. Judge Ripple has transferred any interest he may have in these materials to the United States Government.

VII. Investments and Trusts

Item Nos. 9, 10 & 11. No dividends or interest are attributable to any individual policy of this type. Each policy does have a cash value; that value is noted.

Item Nos. 13 - 88. These are all holdings, purchase, and sale transactions within Trust No. 5 (Item 12).

Item No. 23. Name changed from Vanguard Municipal Bond Short-Term Portfolio Fund to Vanguard Short-Term T/E Fund - Inv. during the year. The underlying asset was not sold and this is the same fund as prior years.

Item Nos. 90 - 166. These are all holdings, purchase, and sale transactions within Trust No. 6 (Item 89).

Item No. 100. Name changed from Vanguard Municipal Bond Short-Term Portfolio Fund to Vanguard Short-Term T/E Fund - Inv. during the year. The underlying asset was not sold and this is the same fund as prior years.

Item No. 169. Judicial Judgment Back Pay. Judge Ripple is a member of the class of federal judges who have served between November 30, 2006 and December 9, 2013. See Barker v. United States, No. 12- 826 (Fed. Cl. 2012). He has been notified that he is therefore eligible for back salary for that period. By the end of the reporting period, the amount of that back salary had not been calculated. He received no payment during the reporting period.

FINANCIAL DISCLOSURE REPORT

Page 15 of 15

Name of Person Reporting

Ripple, Kenneth F.

Date of Report

05/07/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Kenneth F. Ripple**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544